UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/12

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

THIS DOCUMENT RELATES TO:

New York City Employees' Ret. Sys. v. Rigas (02cv9804)

Franklin Strategic Income Fund v. Rigas (03cv5751)

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (03cv5752)

New York City Employees' Ret. Sys. v. Adelphia (03cv5789)

Division of Inv. of the New Jersey Dep't of the Treasury v. Rigas (03cv7300)

Appaloosa Investment v. Deloitte & Touche (03cv7301)

Island Partners v. Deloitte & Touche (05cv2770)

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (07cv6849)

03 MDL 1529 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that counsel for all parties in the above-listed member cases appear for a conference with the Court on **February 11, 2013**, at **10:00 a.m.** in **Courtroom 1105** of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

It is further ORDERED that all counsel must register promptly as filing users on ECF, must confirm that their contact information on ECF is correct, and must promptly correct any erroneous information. Counsel must also confirm that any filed documents relevant to the issues currently before the Court are uploaded in electronic format on ECF. This includes any

documents, such as motions, that were filed before this case was designated an ECF case.

Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference. Additionally, in accordance with the Court's Individual Rules and Practices, which are available at http://nysd.uscourts.gov/judge/Furman, the parties are hereby ORDERED to submit via e-mail (Furman_NYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order by **February 1, 2013**. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at http://nysd.uscourts.gov/judge/Furman.

In the event that counsel believe that discovery can or should be consolidated or coordinated among some or all of these member cases, they should advise the Court in writing and, if appropriate, seek leave to submit a Proposed Civil Case Management Plan and Scheduling Order governing the proposed cases to be consolidated or coordinated.

If a case has been settled or otherwise terminated, counsel are not required to submit a Proposed Civil Case Management Plan and Scheduling Order or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by

the adversary for refusing to consent. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

Dated: December 17, 2012
New York, New York

JESSE M. FURMAN
United States District Judge