UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/13

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

THIS DOCUMENT RELATES TO:

New York City Employees' Ret. Sys. v. Rigas (02cv9804)

Franklin Strategic Income Fund v. Rigas (03cv5751)

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (03cv5752)

New York City Employees' Ret. Sys. v. Adelphia (03cv5789)

Division of Inv. of the New Jersey Dep't of the Treasury v. Rigas (03cv7300)

Appaloosa Investment v. Deloitte & Touche (03cv7301)

Island Partners v. Deloitte & Touche (05cv2770)

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (07cv6849)

03 MDL 1529 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

By Order dated December 17, 2012, the Court scheduled a conference in these cases on February 11, 2013. Since entry of that Order, the Court has received the attached letters from counsel, indicating that certain parties have been terminated in this action.

It is hereby ORDERED that if any other party has been terminated from this action but is still listed as an active party on the docket of any individual case, it shall so advise the Court no later than **January 11, 2013**, and provide Court with proof of such termination.

Based upon the letters and supporting materials submitted by the parties, the Court hereby directs the Clerk of Court to terminate the following parties from the cases listed:

New York City Employees' Ret. Sys. v. Rigas (02cv9804)

Credit Suisse First Boston Corporation
Banc of America Securities, LLC
Morgan Stanley & Co., Incorporated
Scotia Capital (USA), Inc.
TD Securities (USA), Inc.
Salomon Smith Barney, Inc.
Chase Securities, Inc.

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (03cv5752)

Credit Suisse, New York Branch
Fleet Securities, Inc.
Mizuho International PLC
BMO Nesbitt Burns, Corp.
Salomon Smith Barney, Inc.
BNY Capital Markets, Inc.
CIBC World Markets
Credit Lyonnais Securities, (USA) Inc.
Scotia Capital, (USA) Inc.
SG Cowen Securities, Corporation
TD Securities (USA), Inc.
The Royal Bank of Scotland PLC
Barclay's Capital, Inc.
PNC Capital Markets, Inc.
Deutsche Bank Alex. Brown, Inc.
J.P. Morgan Securities, Inc.
ABN AMRO, Incorporated
Suntrust Equitable Securities
Morgan Stanley Dean Witter & Co.
Citibank, N.A.
Citigroup, Inc.
Salomon Smith Barney, Inc.

New York City Employees' Ret. Sys. v. Adelphia (03cv5789)

Credit Suisse (USA), Inc.
Credit Suisse, New York Branch
Salomon Smith Barney, Inc.
Banc of America Securities, LLC
Morgan Stanley & Co., Incorporated
Scotia Capital (USA), Inc.

New York City Employees' Ret. Sys. v. Adelphia (03cv5789) (continued)

TD Securities (USA), Inc.
Chase Securities, Inc.
Citicorp U.S.A., Inc.
Citibank, N.A.
Citigroup Global Markets, Inc.
Credit Suisse (USA), Inc.
Credit Suisse, New York Branch

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (07cv6849)

Citigroup Global Markets, Inc.

Further, based on a review of the stipulations of dismissal filed in this case, the Court believes that the following parties should be terminated from the cases listed:

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (03cv5752)

Bank of Montreal

New York City Employees' Ret. Sys. v. Adelphia (03cv5789)

The Bank of Nova Scotia
Toronto Dominion (Texas) Inc.

In the event that any party believes that these parties should not be terminated from these actions, it must so advise the Court no later than **January 11, 2013**. If the Court does not receive any such notification by January 11, 2013, it will terminate the three aforementioned parties without further notice.

SO ORDERED.

Dated: January 4, 2013
New York, New York

JESSE M. FURMAN
United States District Judge

CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
JOHN PALENBERG
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL R. LAZERWITZ
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
FILIP MOERMAN
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
JOON H. KIM
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
JONATHAN S. KOLODNER
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
MEYER H. FEDIDA
RESIDENT COUNSEL

Writer's Direct Dial: (212) 225-2760
E-Mail: mlowenthal@cgsh.com

December 19, 2012

BY HAND

Hon. Jesse M. Furman
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1640
New York, New York 10007

Re: *In re Adelphia Comm'cns Corp. Sec. & Derivative Litig.*, 03 MD 1529 (JMF);
*New York City Employees' Ret. Sys., et al. v. Rigas, et al.*, 02 Civ. 9804 (JMF);
*W.R. Huff Asset Management Co., LLC, et al. v. Deloitte & Touche LLP, et al.*, 03 Civ. 5752 (JMF);
*New York City Employees' Ret. Sys. v. Adelphia, et al.*, 03 Civ. 5789 (JMF);
*Division of Inv. of New Jersey Dep't of Treasury v. Rigas, et al.*, 03 Civ. 7300 (JMF);
*Appaloosa Inv. v. Deloitte & Touche LLP, et al.*, 03 Civ. 7301 (JMF);
*W.R. Huff Asset Management Co., LLC v. Deloitte & Touche LLP, et al.*, 07 Civ. 6849 (JMF)

Dear Judge Furman:

This firm is counsel to most of the commercial banks and investment banks (collectively, the "Bank Defendants")[1] that are defendants in the above-referenced matters. We

---

[1] The Bank Defendants to which we are counsel are: Bank of America, N.A.; Barclays Bank PLC; Bank of New York Co., Inc.; Citibank, N.A.; Citicorp U.S.A.; Citigroup, Inc.; CIBC, Inc.; Credit Lyonnais, New York Branch; Deutsche Bank AG; Fleet National Bank; J.P. Morgan Chase & Co.; Morgan Stanley Senior Funding; Societe Generale, S.A.; SunTrust Banks, Inc.; ABN AMRO Inc.; Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney); Banc of America Securities LLC; Barclays Capital Inc.; BMO Nesbitt Burns Corp. (now known as Harris Nesbitt Burns Corp.); BNY Capital Markets, Inc.; Bear, Stearns & Co. Inc.; CIBC World Markets

write in response to Your Honor's Order dated December 17, 2012 (the "Order"), ordering, *inter alia*, the appearance of counsel for all parties in the above-referenced cases for a conference with the Court on February 11, 2013.

The Bank Defendants have been dismissed with prejudice in each of the above-referenced matters in accordance with settlement agreements entered into by the Bank Defendants and the plaintiffs. These dismissals were so-ordered by Judge McKenna through the following stipulations and orders, a copy of each of which is enclosed herewith:

> *New York City Employees' Ret. Sys., et al. v. Rigas, et al.*, 02 Civ. 9804 (JMF): Stipulation and Order of Dismissal With Prejudice, entered September 5, 2007 [D.I. 50]
>
> *W.R. Huff Asset Management Co., LLC, et al. v. Deloitte & Touche LLP, et al.*, 03 Civ. 5752 (JMF): Stipulation and Order of Dismissal With Prejudice, entered July 18, 2011 [D.I. 121]
>
> *New York City Employees' Ret. Sys. v. Adelphia, et al.*, 03 Civ. 5789 (JMF): Order, entered June 12, 2008 [D.I. 39][2]
>
> *Division of Inv. of New Jersey Dep't of Treasury v. Rigas, et al.*, 03 Civ. 7300 (JMF): Stipulation and Order of Dismissal With Prejudice, entered November 3, 2006 [D.I. 450, Case No. 03-MD-1529][3]
>
> *Appaloosa Inv. v. Deloitte & Touche LLP, et al.*, 03 Civ. 7301 (JMF): Stipulation and Order of Dismissal With Prejudice, entered April 20, 2010 [D.I. 82]
>
> *W.R. Huff Asset Management Co., LLC v. Deloitte & Touche LLP, et al.*, 07 Civ. 6849 (JMF): Stipulation and Order of Dismissal With Prejudice, entered July 18, 2011 [D.I. 13]

---

Corp.; Credit Lyonnais Securities (USA) Inc.; Deutsche Bank Alex.Brown Inc.; Fleet Securities, Inc.; J.P. Morgan Securities, Inc.; Morgan Stanley Dean Witter; Morgan Stanley & Co.; PNC Capital Markets, Inc.; Scotia Capital (USA) Inc.; SG Cowen Securities; Sun Trust Robinson-Humphrey Capital Markets (f/k/a Sun Trust Equitable Securities); and TD Securities (USA) Inc.

[2] It appears that there was a clerical error and that the stipulation and order of dismissal with prejudice, while relating to both Case No. 02 Civ. 9804 and Case No. 03 Civ. 5752 and so-ordered by Judge McKenna, was only entered in Case No. 02 Civ. 9804 and not in Case No. 03 Civ. 5752. We will have the so-ordered stipulation and order of dismissal sent to the Orders and Judgments Clerk for entry in Case No. 03 Civ. 5752 to correct this issue.

[3] We were unable to obtain a copy of this stipulation and order of dismissal from the court clerk's office, and it is not available electronically. Therefore, we are enclosing a copy of the stipulation that we received from the Court after it was entered, without the court stamp. We understand from the court clerk's office that the so-ordered stipulation and order of dismissal is in the Court's chambers.

In light of the fact that the Bank Defendants have been dismissed in all of the Adelphia-related actions, in accordance with the Order, we will not be submitting a Proposed Civil Case Management Plan and Scheduling Order or appearing at the conference with the Court on February 11, 2013.

Respectfully submitted,

Mitchell A. Lowenthal

Enclosures

cc: All counsel (via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # 50

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION | 03 MD 1529 (LMM) |
| This Document Relates To: NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., Plaintiff, -against- JOHN J. RIGAS, et al., Defendants. | Case Nos. 02 CV 9804 (LMM) and 03-CV-5789 (LMM) |

U.S. DISTRICT COURT FILED SEP - 4 2007 S.D. OF N.Y.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiffs New York City Employees' Retirement System, New York City Teachers' Retirement System, New York City Board of Education Retirement System, New York City Police Department Pension Fund, New York City Fire Department Pension Fund, New York City Police Officers' Variable Supplements Fund, New York City Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund and New York City Fire Officers' Variable Supplements Fund (collectively, the "NYC Plaintiffs") and defendants Banc of America Securities LLC, Bank of America, N.A., Scotia Capital (USA) Inc., The Bank of Nova Scotia, Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.), Citibank, N.A., Citicorp U.S.A., Credit Suisse First Boston

MICROFILM SEP - 5 2007 - 9 AM

Corporation, Credit Suisse First Boston, New York Branch, J.P. Morgan Securities, Inc., J.P. Morgan Chase & Co., Morgan Stanley & Co. Incorporated, Morgan Stanley Senior Funding Inc., TD Securities (USA) Inc., Toronto Dominion (Texas) Inc., and Wachovia Bank National Association (collectively, the "Bank Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the NYC Plaintiffs, by their undersigned counsel, and the Bank Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by the NYC Plaintiffs against the Bank Defendants, without costs, in accordance with the Settlement Agreement dated July 31, 2007, between them, with the Court to retain jurisdiction with respect to any matter necessary to enforce the terms of such agreement.

Dated: New York, New York
August 9, 2007

LABATON SUCHAROW & RUDOFF LLP

Jonathan Plasse (JP-7515)
100 Park Avenue
New York, NY 10017-5563
Tel: 212-907-0700
Fax: 212-818-0477

Attorneys for New York City Employees' Retirement System, New York City Teachers' Retirement System, New York City Board of Education Retirement System, New York City Police Department Pension Fund, New York City Fire Department Pension Fund, New York City Police Officers' Variable Supplements Fund, New York City Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund and New York City Fire Officers' Variable Supplements Fund

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: [signature]
Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Banc of America Securities LLC, Bank of America, N.A., Scotia Capital (USA) Inc., The Bank of Nova Scotia, Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.), Citibank, N.A., Citicorp U.S.A., Credit Suisse First Boston Corporation, Credit Suisse First Boston, New York Branch, J.P. Morgan Securities, Inc., J.P. Morgan Chase & Co., Morgan Stanley & Co. Incorporated, Morgan Stanley Senior Funding Inc., TD Securities (USA) Inc., Toronto Dominion (Texas) Inc., and Wachovia Bank National Association

SO ORDERED:

[signature]
United States District Judge
Dated: Nov. 29, 2007

M. KENNAT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

03 MD 1529 (LMM)

This Document Relates To:

APPALOOSA INVESTMENT LIMITED PARTNERSHIP I, et al.,

Plaintiff,

-against-

DELOITTE & TOUCHE LLP, et al.,

Defendants.

Case No. 03-CV-7301 (LMM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2010

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiffs Appaloosa Investment Limited Partnership I, Palomino Fund Ltd., Appaloosa Management L.P., Mutual Beacon Fund, Mutual Discovery Fund, Mutual Qualified Fund, Mutual Shares Fund, Mutual Beacon Fund (Canada), Franklin Mutual Beacon Fund, Mutual Discovery Securities Fund, Mutual Shares Securities Fund, and Franklin Mutual Advisers, LLC (collectively, the "Appaloosa Plaintiffs") and defendants ABN AMRO Inc., ABN AMRO Bank, N.V., Banc of America Securities LLC, Bank of America, N.A., Barclays Capital Inc., Barclays Bank PLC, BMO Capital Markets Corp (f/k/a BMO Nesbitt Burns Corp.), Bank of Montreal, BNY Mellon Capital Markets, LLC (f/k/a The Bank of New York Capital Markets, Inc.), The Bank of New York Mellon (f/k/a The Bank of New York), Credit Agricole Securities

(USA) Inc. (f/k/a Calyon Securities (USA) Inc. and Credit Lyonnais Securities (USA) Inc.), Credit Agricole Corporate and Investment Bank (f/k/a Calyon New York Branch and Credit Lyonnais, New York Branch), CIBC World Markets Corp., CIBC Inc., Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.), Citibank, N.A., Citicorp U.S.A., Inc., Citigroup, Inc., Cowen and Company, LLC (f/k/a SG Cowen & Co., LLC and SG Cowen Securities Corporation), Societe Generale, S.A., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation), Credit Suisse, New York Branch (f/k/a Credit Suisse First Boston, New York Branch), Deutsche Bank Securities, Inc. (f/k/a Deutsche Bank Alex. Brown Inc.), Deutsche Bank AG, Fleet Securities, Inc., J.P. Morgan Securities Inc., JPMorgan Chase & Co., Mizuho International plc, Morgan Stanley & Co. Incorporated, PNC Capital Markets LLC (f/k/a PNC Capital Markets, Inc.), The Royal Bank of Scotland, Scotia Capital (USA) Inc., The Bank of Nova Scotia, SunTrust Robinson Humphrey, Inc. (f/k/a SunTrust Capital Markets, Inc. and SunTrust Equitable Securities, Inc.), SunTrust Banks, Inc., TD Securities (USA) LLC, Toronto Dominion (Texas) LLC, and Wachovia Bank National Association (collectively, the "Bank Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Appaloosa Plaintiffs, by their undersigned counsel, and the Bank Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by the Appaloosa Plaintiffs against the Bank Defendants, without costs, in accordance with the Settlement Agreement dated March 29, 2010, between them, with the Court to retain jurisdiction with respect to any matter necessary to enforce the terms of such agreement.

Dated: New York, New York
~~March~~ April 19, 2010

LOWENSTEIN SANDLER PC

By: ______________________
Marc B. Kramer (MK- 8473)

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for the Appaloosa Plaintiffs

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ______________________
Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Attorneys for the Bank Defendants

SO ORDERED:

______________________
United States District Judge
Dated: 4/20, 2010

McKenna, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

03 MD 1529 (LMM)

This Document Relates To:

PENNSYLVANNIA STATE EMPLOYEES' RETIREMENT SYSTEM,

Plaintiff,

-against-

DELOITTE & TOUCHE LLP, et al.,

Defendants.

Case No. 07-CV-6849 (LMM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 7/18/2011

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Pennsylvania State Employees' Retirement System ("Plaintiff") and defendants Banc of America Securities LLC and Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.) (together, the "Bank Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by its undersigned counsel, and the Bank Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by Plaintiff against the Bank Defendants, without costs, in accordance with the Settlement Agreement dated June 1, 2011, between them.

Dated: New York, New York
__, 2011

LOWENSTEIN SANDLER PC

By: ____________________
Lawrence M. Rolnick (LR-0546)

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for Plaintiff

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ____________________
Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Attorneys for the Bank Defendants

SO ORDERED:

____________________
United States District Judge
Dated: , 2011

Dated: New York, New York
June 22 2011

LOWENSTEIN SANDLER PC

By: ______________________
Lawrence M. Rolnick (LR-0546)

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for Plaintiff

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ______________________
Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Attorneys for the Bank Defendants

SO ORDERED:

______________________
United States District Judge
Dated: 6/24, 2011

McKenna, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION | 03 MD 1529 (LMM) |
| This Document Relates To:<br>THE ACCIDENT FUND COMPANY, et al.,<br>Plaintiff,<br>-against-<br>DELOITTE & TOUCHE LLP, et al.,<br>Defendants. | Case No. 03-CV-5752 (LMM) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/2011

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiffs The Accident Fund Company Blue Cross Blue Shield of Michigan, Willard E. Alexander, Allegheny Technologies Incorporated, Aluminum Company of America, Inc., American Friends of the Hebrew University, The American University in Cairo, Amphenol Corporate Pension Plan, Anne Arundel County, Maryland, t/a Anne Arundel County Retirement & Pension System, Bruce A. Bassock, Jeffrey L. Bassock, Stephen A. Bassock, Blue Moon Fund f/k/a W. Alton Jones Foundation Inc., The Trustees of Boston College, Bowdoin College, The Bradley Trusts, Broad Foundation, Broadsword Limited, Brown Family Partnership, California State Automobile Association, CCC Investment Trust, Pactiv Corporation General Employee Benefit Trust, Central States Southeast and Southwest Areas Pension Fund, The Children's

Hospital Foundation, College of the Holy Cross, The Commonfund For Nonprofit Organizations and its subsidiaries and affiliates (d/b/a Commonfund group), on behalf of its High Yield Bond Fund, Multi-Strategy Bond Fund and Equity Opportunities Fund (as successor in interest to its growth opportunities fund), Commonfund Institutional Core Plus Bond Fund, LLC (as successor in interest to the CIF Core Plus Bond Fund), and Commonfund Absolute Return Investors Company, Congregation of Divine Providence, Dallas Police & Fire Pension System, Dallas Symphony Foundation, Inc., Deerfield, L.L.C., Del Monte Corporation Defined Benefit Master Trust, Delta Air Lines Benefit Trusts, Demeter Trust, DePauw University, Joan Diller, Stanley Diller, Dominion Resources, Retail Clerks Pension Trust, The University of Connecticut Foundation, Inc., Edwin Gould Foundation, Eximius Capital Funding Ltd., Exora Investments LLC, Father Flanagan's Trust Fund, Richard Ferguson, Marissa Ferguson, First Church of Christ, Scientist, The Mother Church Pension & Benefit Trust, Christian Science Trustees for Gift and Endowments, The Fisher Scientific Int'l Inc. Defined Benefit Master Trust, The Foundation for Research, Research Development Foundation, Sally Freund, Fred Galland, General Motors Investment Management Corp., Charles Genuardi, Goldsmith Family Foundation, Goldsmith Testamentary Trusts, Bennett Goodman, John F. Gottshall, Granite Growth Investment III, LP, Granite Growth Investment VI, LP, Granite Growth Investment LLC, IV, Alan Green, Lydia Green, Sandra Green, Hebrew Rehabilitation Center for the Aged, Honeywell Pension Investment Committee, Horace Mann Insurance Company, Horace Mann Life Insurance Co., Horace Mann Teachers Insurance Company, Horace Mann Educators Corp., Allegiance Life Insurance Company, HOWW, L.L.C., The Huff Alternative Fund, L.P., International Monetary Fund Staff Retirement Plan, International Paper, J.C. Penney Corporation, Inc. Benefit Plan Investment Committee, Jane Gerben Trust, By Its Trustee Fred

Galland, Joanne Yampol Revocable Trust, Joanne Yampol, Joseph Yampol, Anthony Yampol Trust, Barry Yampol Trust, Brian Yampol Trust, Eric Yampol Trust, Joseph Yampol Trust #2, Jessica Yampol Trust, Yampol Family Trust, Elizabeth M. Johnston, Carol M. Judelson, Peter Kalkus Ira, Kamilche Company, Devon Kelly, William Kelly, Costas Kondylis, The Kroger Co. Master Retirement Trust, L-3 Communications Corporation, Lehigh University, Levine Investments Limited Partnership, William and Bonnie Loftus, Lukeswood Holdings, L.P., Lukeswood, L.L.C, Melvin Markey, Mary Hitchcock Memorial Hospital n/k/a Dartmouth-Hitchcock, Maryland-National Capital Park and Planning Employees Retirement System, Richard Miller, San Diego County Employees Retirement Association, James T. Morley, Museum of Science, Navy Exchange Service Command Retirement Trust, New York Public Library, The New York Times Company, Orchid Investments L.L.C., Harry Orgler, Celanese America Corp. Retirement Pension Plan, Charles Paturick, Robert Paturick, Sarah Paturick, The Penates Foundation, Peoples Energy Corporation Pension Trust, Pictet & Cie Banquiers, Ilene Powers, Public Services Enterprise Group, PSEG Qualified CIV and PSEG Nuclear LLC Master Decommissioning Trust, Qwest Pension Trust, Qwest Occupational Health Trust, Qwest Combined DB/DC Master Trust, Research Beneficial Trust, Stephen Robin, Monsanto Company, Sprint Corporation, Sprugos Investments, L.L.C., Stichting Bedrijfspensioenfonds Voor de Metaal en Technisehe Bedrijifstakken, Stichting Blue Sky Active High Yield Fixed Income USA Fund, Tennessee Valley Authority Retirement System, Texas County And District Retirement System, John T. Thornton, The Timken Company Collective Investment Trust For Retirement Trusts, Trinity College, University at Buffalo Foundation, Inc., The Edgerton Foundation, University of Minnesota Foundation Investment Advisors, Trustee of the University of Pennsylvania, Virginia Retirement System, Wagner & Brown, Ltd., Joseph Wallendal, Wells

College, Wesleyan College, Western Conference of Teamsters Pension Trust Fund, Western Pennsylvania Teamsters and Employers Pension Fund, WRH Offshore High Yield Partners, L.P., XL Investments, XL Investment XL House, XL Investments, Ltd., XL Re Ltd., Gail Yampol, Hope Yampol, Simon Young, Caterpillar Inc., and MLC Investments Limited (collectively, the "Huff Plaintiffs") and defendants ABN AMRO Bank N.V., ABN AMRO Inc., Banc of America Securities LLC, Bank of America, N.A., Bank of Montreal, Bank of New York Mellon (f/k/a The Bank of New York Co., Inc.), The Bank of Nova Scotia, Barclays Bank PLC, Barclays Capital Inc., BMO Capital Markets Corp. (f/k/a Harris Nesbitt Corp. and BMO Nesbitt Burns Corp.), BNY Mellon Capital Markets, LLC (f/k/a The Bank of New York Capital Markets, Inc.), CIBC World Markets Corp., CIBC, Inc., Citibank, N.A., Citicorp USA, Inc., Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.), Citigroup, Inc., Cowen and Company, LLC (f/k/a SG Cowen & Co., LLC and SG Cowen Securities Corporation), Credit Agricole Corporate and Investment Bank (f/k/a Calyon New York Branch and Credit Lyonnais, New York Branch), Credit Agricole Securities (USA) Inc. (f/k/a Calyon Securities (USA) Inc. and Credit Lyonnais Securities (USA) Inc.), Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation), Credit Suisse, New York Branch (f/k/a Credit Suisse First Boston, New York Branch), Deutsche Bank AG (f/k/a Bankers Trust Company), Deutsche Bank Securities, Inc. (f/k/a Deutsche Bank Alex. Brown Inc.), Fleet Securities, Inc., J.P. Morgan Securities, Inc. (f/k/a Chase Securities, Inc.), JP Morgan Chase & Co. (f/k/a Chase Manhattan Corp.), Mizuho International plc, Morgan Stanley Dean Witter & Co. (f/k/a Morgan Stanley & Co. Incorporated), PNC Bank Corp., PNC Capital Markets LLC (f/k/a PNC Capital Markets, Inc.), Scotia Capital (USA) Inc., Societe Generale, S.A., SunTrust Banks, Inc., SunTrust Robinson Humphrey, Inc. (f/k/a SunTrust Capital Markets, Inc. and

SunTrust Equitable Securities), The Royal Bank of Scotland plc, TD Securities (USA) LLC (f/k/a TD Securities (USA) Inc.), Toronto Dominion (Texas) LLC (f/k/a Toronto Dominion (Texas), Inc.), and Wachovia Bank, National Association (collectively, the "Bank Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Huff Plaintiffs, by their undersigned counsel, and the Bank Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by the Huff Plaintiffs against the Bank Defendants, without costs, in accordance with the Settlement Agreement dated June 1, 2011, between them, with the Court to retain jurisdiction with respect to any matter necessary to enforce the terms of such agreement.

Dated: New York, New York
June 22, 2011

LOWENSTEIN SANDLER PC

By: ______________________
Lawrence M. Rolnick (LR-0546)

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for the Huff Plaintiffs



NEWYORK:2372843.2
DRAFT 03/28/11 1:28PM

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ______________________
Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Counsel for the Bank Defendants other than Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation), Credit Suisse, New York Branch (f/k/a Credit Suisse First Boston, New York Branch), Mizuho International plc and The Royal Bank of Scotland plc

WILMER CUTLER PICKERING HALE AND DORR LLP

By: ______________________
Andrew B. Weissman

1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel: 202-663-6000
Fax: 202-663-6363

Counsel for Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation), Credit Suisse, New York Branch (f/k/a Credit Suisse First Boston, New York Branch), Mizuho International plc and The Royal Bank of Scotland plc

SO ORDERED:

______________________
United States District Judge
Dated: 6/24, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION | ✓03 MD 1529 (LMM) |
| This Document Relates To:<br><br>DIVISION OF INVESTMENT OF THE NEW JERSEY DEPARTMENT OF THE TREASURY,<br><br>Plaintiff,<br><br>-against-<br><br>JOHN J. RIGAS, et al.,<br><br>Defendants. | Case No. 03-CV-7300 (LMM) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Division of Investment of the New Jersey Department of the Treasury ("New Jersey Division") and defendants Banc of America Securities LLC, Bank of America, N.A., Scotia Capital (USA) Inc., The Bank of Nova Scotia, Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.), Citibank, N.A., Citicorp U.S.A., Credit Suisse First Boston Corporation, Credit Suisse First Boston, New York Branch, J.P. Morgan Securities, Inc., J.P. Morgan Chase & Co., Morgan Stanley & Co. Incorporated, Morgan Stanley Senior Funding Inc., TD Securities (USA) Inc., Toronto Dominion (Texas) Inc., and Wachovia Bank National Association (collectively, the "Bank Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), New Jersey Division, by its undersigned counsel, and

ocm 11/12/06

the Bank Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by plaintiff New Jersey Division against the Bank Defendants, without costs.

Dated: New York, New York
~~September~~ __, 2006
~~October~~
November 1,

GOODKIND LABATON RUDOFF &
SUCHAROW LLP

Joel H. Bernstein (JB-0763)
Jonathan Plasse (JP-7515)
Lisa Buckser-Schulz (LB-0345)
100 Park Avenue
New York, NY 10017-5563
Tel: 212-907-0700
Fax: 212-818-0477

Attorneys for Division of Investment of the New Jersey Department of the Treasury

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: [signature]
Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Banc of America Securities LLC, Bank of America, N.A., Scotia Capital (USA) Inc., The Bank of Nova Scotia, Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.), Citibank, N.A., Citicorp U.S.A., Credit Suisse First Boston Corporation, Credit Suisse First Boston, New York Branch, J.P. Morgan Securities, Inc., J.P. Morgan Chase & Co., Morgan Stanley & Co. Incorporated, Morgan Stanley Senior Funding Inc., TD Securities (USA) Inc., Toronto Dominion (Texas) Inc., and Wachovia Bank National Association

SO ORDERED:

[signature]
United States District Judge
Dated: 11/3, 2006

WILMERHALE

December 21, 2012

**Andrew B. Weissman**

+1 202 663 6612 (t)
+1 202 663 6363 (f)
andy.weissman@wilmerhale.com

**By Email**

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1640
New York, New York 10007

Re: *In re Adelphia Comm'cns Corp. Sec. & Derivative Litig.*, 03 MD 1529 (JMF);
*New York City Employees' Ret. Sys., et al. v. Rigas, et al.*, 02 Civ. 9804 (JMF);
*W.R. Huff Asset Management Co., LLC, et al. v. Deloitte & Touche LLP, et al.*, 03 Civ. 5752 (JMF);
*New York City Employees' Ret. Sys., et al. v. Adelphia, et al.*, 03 Civ. 5789 (JMF);
*Division of Inv. of New Jersey Dep't of Treasury v. Rigas, et al.*, 03 Civ. 7300 (JMF);
*Appaloosa Inv. Ltd. P'ship I, et al. v. Deloitte & Touche LLP, et al.*, 03 Civ. 7301 (JMF)

Dear Judge Furman:

This firm is counsel to Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation), Credit Suisse, New York Branch (f/k/a Credit Suisse First Boston, New York Branch), The Royal Bank of Scotland PLC, and Mizuho International plc in the above-referenced matters. We write in response to Your Honor's Order dated December 17, 2012 (the "Order"), which ordered counsel for all parties in the above-referenced cases to appear for a conference with Your Honor on February 11, 2013, unless a stipulation of discontinuance, voluntary dismissal, or other proof of termination demonstrating that a case has been settled or terminated is sent to the Orders and Judgment Clerk before the conference date.

Our clients were dismissed with prejudice from the following matters pursuant to the same dismissal orders included with the letter submitted by The Bank Defendants on December 19, 2012:

> *New York City Employees' Ret. Sys., et al. v. Rigas, et al.*, 02 Civ. 9804 (JMF): Stipulation and Order of Dismissal With Prejudice, entered September 5, 2007 (Docket No. 50)
>
> *W.R. Huff Asset Management Co., LLC, et al. v. Deloitte & Touche LLP, et al.*, 03 Civ. 5752 (JMF): Stipulation and Order of Dismissal With Prejudice, entered July 18, 2011 (Docket No. 121)

WILMERHALE



*New York City Employees' Ret. Sys., et al. v. Adelphia, et al.*, 03 Civ. 5789 (JMF): Order, entered June 12, 2008 (Docket No. 39)[1]

*Division of Inv. of New Jersey Dep't of Treasury v. Rigas, et al.*, 03 Civ. 7300 (JMF): Stipulation and Order of Dismissal With Prejudice, entered November 3, 2006 (Docket No. 450, Case No. 03-MD-1529)

*Appaloosa Inv. Ltd. P'ship I, et al. v. Deloitte & Touche LLP, et al.*, 03 Civ. 7301 (JMF): Stipulation and Order of Dismissal With Prejudice, entered April 20, 2010 (Docket No. 82)

Our clients were not parties to the other actions referenced in the Order.

In light of the fact that our clients have been dismissed from all of the Adelphia-related actions, and Your Honor's instructions in the Order, we will not be submitting a Proposed Civil Case Management Plan and Scheduling Order by February 1, 2013 or appearing at the conference with the Court on February 11, 2013.

Sincerely,

Andrew Weissman

cc: All counsel (via e-mail)

---

[1] As noted in the Bank Defendants' December 19 letter, the stipulation and order of dismissal with prejudice relating to both Case No. 02 Civ. 9804 and Case No. 03 Civ. 5789, and so-ordered by Judge McKenna, was entered only in Case No. 02 Civ. 9804. We understand that counsel for the Bank Defendants is working with the Orders and Judgment Clerk to correct the issue.