UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/13

---------------------------------------------------------------------X

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION

---------------------------------------------------------------------X

THIS DOCUMENT RELATES TO:

New York City Employees' Ret. Sys. v. Rigas (02cv9804)

Franklin Strategic Income Fund v. Rigas (03cv5751)

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (03cv5752)

New York City Employees' Ret. Sys. v. Adelphia (03cv5789)

Division of Inv. of the New Jersey Dep't of the Treasury v. Rigas (03cv7300)

Appaloosa Investment v. Deloitte & Touche (03cv7301)

Island Partners v. Deloitte & Touche (05cv2770)

W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (07cv6849)

---------------------------------------------------------------------X

03 MDL 1529 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Court having received the attached letter concerning three of the above-captioned actions, it is hereby ORDERED that the conference in this matter, previously scheduled for February 11, 2013, is RESCHEDULED for **March 25, 2013**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

The parties' Proposed Civil Case Management Plan and Scheduling Order, as described in the Court's Order dated December 17, 2012, shall be submitted to the Court no later than **March 20, 2013**. If a case has been settled or otherwise terminated, counsel are not required to submit a Proposed Civil Case Management Plan and Scheduling Order or to appear, provided

that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

SO ORDERED.

Dated: January 31, 2013
New York, New York

JESSE M. FURMAN
United States District Judge

**Lowenstein Sandler LLP**

Thomas E. Redburn Jr.
Partner

65 Livingston Avenue
Roseland, NJ 07068
T 973 597 2456
F 973 597 2457
tredburn@lowenstein.com

January 31, 2013

**VIA E-MAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1640
New York, New York 10007-1312

**Re:** ***In re Adelphia Communications Corp. Securities & Derivative Litigation***
**03 MD 1529 (JMF)**

**<u>This Document RelatesTo:</u>**
***W.R. Huff Asset Management Co., L.L.C., et al. v. Deloitte & Touche LLP, et al.,***
**Civil Action No. 03-CV-5752 (JMF) ("*Huff 1*")**

***W.R. Huff Asset Management Co., L.L.C., et al. v. Deloitte & Touche LLP, et al.,***
**Civil Action No. 07-CV-6849 (JMF) ("*Huff 3*")**

***Appaloosa Investment, et al. v. Deloitte & Touche LLP, et al.,***
**Civil Action No. 03-CV-7301 (JMF) ("*Appaloosa*")**

Dear Judge Furman:

We represent Plaintiffs in the *Huff 1*, *Huff 3* and *Appaloosa* matters. Plaintiffs are presently engaged in active settlement discussions with the remaining Defendants (collectively, the "Rigas Defendants") in these actions -- John, James, Timothy and Michael Rigas and Peter L. Venetis -- that we are hopeful will lead to a final resolution of these cases. Accordingly, the parties respectfully request a thirty (30) day adjournment of the Case Management Conference presently scheduled for February 11, 2013 and the attendant deadline for submission of a Case Management Plan (currently February 1, 2013). This is the parties' first request for an adjournment of these dates.

The parties would be pleased to make an oral report on the status of settlement discussions to Chambers by telephone on February 11, if that would be helpful to the Court.

We thank the Court for its consideration in this matter.

**Lowenstein Sandler LLP**



Respectfully submitted,

Thomas E. Redburn Jr.

TER:ep

11213/8
1/31/13 23277114.1

cc: Christie Callahan Comerford, Esq. (via e-mail to ccomerford@dilworthlaw.com)
Jeffrey T. Golenbock, Esq. (via e-mail to jgolenbock@golenbock.com)